Chief Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR11-0131 MJP |
| | ) | |
| v. | ) | ORDER DISMISSING INDICTMENT |
| DENG SAMPHAO, | ) | |
| Defendant. | ) | |

The United States of America filed an unopposed notice of dismissal of the Indictment in CR11-00131 MJP as to the above-named Defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The Court hereby grants leave for dismissal in the interest of justice, and

HEREBY ORDERS that all counts of the Indictment in CR11-00131 MJP as to Deng Samphao only are hereby dismissed with prejudice.

A copy of this Order shall be served on the United States Marshals Service upon filing.

Dated this 20th day of November, 2011.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

GOVERNMENT'S DISMISSAL OF INDICTMENT/SAMPHAO - 1
CR 11-0131 MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Submitted by:

*s/Jerrod C. Patterson*
JERROD C. PATTERSON
Assistant United States Attorney

GOVERNMENT'S DISMISSAL OF INDICTMENT/SAMPHAO - 2
CR 11-0131 MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970